**Order entered January 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01067-CV

## IN RE ARTHUR L. ROBERTSON-EL, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F97-03335-K**

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus.

/s/     CORY L. CARLYLE
           JUSTICE